JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| NEED ESSENTIALS U.S.A. LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> NEED PTY LTD, an Australian corporation; NEEDESSENTIALS IP PTY LTD, an Australian corporation; RYAN SCANLON, an individual; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-01265-SB-PVC <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE** <br><br> Assigned to the Hon. Stanley Blumenfeld, Jr. |

The Court having considered the Joint Stipulation to Dismiss Case Without Prejudice of Plaintiff Need Essentials U.S.A. LLC and Defendants Need Pty Ltd., Need Essentials IP Pty Ltd., and Ryan Scanlon,

IT IS HEREBY ORDERED THAT the case is dismissed without prejudice and the terms of the stipulation are incorporated herein.

IT IS SO ORDERED.


Dated:  April 28, 2023

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE